**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN TORRES, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-2887 |
| v. | ) ) | Hon. Virginia M. Kendall |
| EVOLENT HEALTH LLC, | ) ) | Magistrate Hon. Sheila Finnegan |
| Defendant | ) ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARD, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on Plaintiff's Unopposed Motion for Approval of Settlement Under the Fair Labor Standards Act, for Appointment of Settlement Administrator, and For Approval of Service Award, and for Approval of Attorneys' Fees and Costs ("Motion"). Having considered Plaintiff's Motion and supporting Memorandum and exhibits, including the Parties' Joint Stipulation of Settlement, the Court hereby GRANTS Plaintiff's Motion and ORDERS as follows:

    1.    The settlement in this Fair Labor Standards Act action is fair, reasonable, and just. The settlement is approved, and the terms of the Parties' Joint Stipulation of Settlement are incorporated by reference into this Order.

    2.    Plaintiff's proposed Settlement Notice and plan for its distribution are approved.

    3.    Analytics Consulting LLC is appointed as the Settlement Administrator in this case and to perform the duties identified in the Joint Stipulation of Settlement.

4. The Service Payment to the Named Plaintiff is approved.

5. Plaintiffs' Counsel's request for attorneys' fees and litigation expenses is granted.

6. The action is dismissed without prejudice, which will become a dismissal with prejudice ninety (90) days after Defendant has fully funded the Settlement Account with the Settlement Fund, as defined in the Joint Stipulation of Settlement.

7. The Court retains jurisdiction to enforce the terms of the Joint Stipulation of Settlement.

8. The parties shall abide by all terms of the Joint Stipulation of Settlement and this Order.

Dated: October 7, 2020

Hon. Virginia M. Kendall
United States District Judge